Kyle S. Hirsch, Esq., Arizona Bar No. 024155
(*Admitted Pro Hac Vice*)
**BRYAN CAVE LLP**
Two North Central Avenue, Suite 2200
Phoenix, Arizona  85004-4406
Telephone:   (602) 364-7000
Facsimile:    (602) 364-7070
Email:   kyle.hirsch@bryancave.com

Michael F. Lynch, Esq.
Nevada Bar No. 8555
**LYNCH LAW PRACTICE, PLLC**
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada  89123
Telephone:   (702) 413-8282 (direct)
Facsimile:    (702) 543-3279
Email: michael@lynchlawpractice.com

Attorneys for Armed Forces Bank, N.A.

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ARMED FORCES BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> DFA, LLC, a Nevada limited liability company; and DON F. AHERN, individually and as Trustee of THE DFA SEPARATE PROPERTY TRUST DATED JULY 7, 1997, <br><br> Defendants. | Case No. 2:13-cv-1996-JAD-CWH <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN DISCOVERY DEADLINES** <br><br> **(First Request)** |

This matter came before the Court upon the Joint Motion by Armed Forces Bank, N.A. ("Armed Forces"); and DFA, LLC, a Nevada limited liability company and Don F. Ahern, individually and as Trustee of The DFA Separate Property Trust Dated July 7, 1997 (collectively, "DFA Parties"), to extend certain discovery deadlines established by the Stipulated Discovery Plan and Scheduling Order entered by the Court on March 12, 2014.

Having considered the Joint Motion, and for good cause shown,

762594.1

**IT IS HEREBY ORDERED** granting the Joint Motion and extending the following discovery deadlines:

    a. <u>Initial Disclosures</u>:  The deadline for exchanging initial disclosures shall be, and hereby is, extended from **March 14, 2014**, to **May 16, 2014**.

    b. <u>Discovery Cut-Off Date</u>: The discovery cutoff date shall be, and hereby is, extended from **July 15, 2014**, to **October 15, 2014**.

    c. <u>Federal Rule of Civil Procedure 26(a)(2) Expert Disclosures</u>: The deadline for the disclosure of experts shall be, and hereby is, extended from **May 16, 2014**, to **August 15, 2014**; and the deadline to disclose any rebuttal experts shall be, and hereby is, extended to **September 15, 2014**, which is within thirty (30) days after the parties' proposed extended expert disclosure deadline.

    d. <u>Dispositive Motions</u>: The dispositive motion deadline shall be, and hereby is, extended from **August 14, 2014**, to **November 14, 2014**, which is within thirty (30) days after the extended discovery cut-off date.

    e. <u>Pretrial Order</u>: The deadline to file the joint pretrial order shall be, and hereby is, extended from **September 12, 2014**, to **December 12, 2014**, which is within thirty (30) days after the extended deadline for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision on such motion(s) or further order of the Court. The disclosures required by Federal Rule of Civil Procedure 26(a)(3), and any objections thereto, shall be made in the joint pretrial order.

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED:   July 16, 2014  _____

762594.1

FORM OF ORDER APPROVED this 15th day of July, 2014 by:

| **BRYAN CAVE LLP** | **BOGATZ LAW GROUP** |
|---|---|
| /s/ Kyle S. Hirsch<br>Kyle S. Hirsch, Esq., AZ Bar No. 024155<br>(Admitted Pro Hac Vice)<br>Two North Central Avenue, Suite 2200<br>Phoenix, Arizona 85004-4406<br>Telephone:  (602) 364-7000<br>Facsimile:   (602) 364-7070<br>Email:  kyle.hirsch@bryancave.com<br><br>Michael F. Lynch, Esq.<br>Nevada Bar No. 8555<br>LYNCH LAW PRACTICE, PLLC<br>8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada  89123<br>Telephone:   (702) 413-8282 (direct)<br>Facsimile:    (702) 543-3279<br>michael@lynchlawpractice.com<br><br>Attorneys for Armed Forces Bank, N.A. | /s/ Keith D. Williams<br>I. SCOTT BOGATZ, ESQ.<br>Nevada Bar No. 3367<br>KEITH D. WILLIAMS, ESQ.<br>Nevada Bar No. 10796<br>3800 Howard Hughes Parkway, Suite 1850<br>Las Vegas, Nevada 89169<br>Telephone: (702) 776-7000<br>Facsimile: (702) 776-7900<br>sbogatz@isbnv.com<br>kwilliams@isbnv.com<br><br>Attorneys for Don F. Ahern, individually and as Trustee of The DFA Separate Property Trust Dated July 7, 1997 |

762594.1

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406