**BOGATZ LAW GROUP**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
KEITH D. WILLIAMS, ESQ.
Nevada Bar No. 10796
3883 Howard Hughes Parkway, Suite 790
Las Vegas, Nevada 89169
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@isbnv.com
kwilliams@isbnv.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ARMED FORCES BANK, N.A., | Case No.: 2:13-cv-01996-JAD-CWH |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN DISCOVERY DEADLINES** |
| DFA, LLC, a Nevada limited liability company; and DON F. AHERN, individually and as Trustee of THE DFA SEPARATE PROPERTY TRUST DATED JULY 7, 1997, | **(Second Request)** |
| Defendants. | |

This matter came before the Court upon the Joint Motion by Armed Forces Bank, N.A. ("Armed Forces"); and DFA, LLC, a Nevada limited liability company and Don F. Ahern, individually and as Trustee of The DFA Separate Property Trust Dated July 7, 1997 (collectively, "DFA Parties"), to extend certain discovery deadlines established by the Stipulated Discovery Plan and Scheduling Order entered by the Court on March 12, 2014.

Having considered the Joint Motion, and for good cause shown,

**IT IS HEREBY ORDERED** granting the Joint Motion and extending the following discovery deadlines:

    a. <u>Discovery Cut-Off Date</u>: The parties propose extending the discovery cutoff date from **October 15, 2014**, to **December 15, 2014**.

Page 1 of 3

b. <u>Federal Rule of Civil Procedure 26(a)(2) Expert Disclosures</u>: The parties propose extending the deadline for the disclosure of rebuttal experts from **September 15, 2014**, to **November 17, 2014**.

c. <u>Dispositive Motions</u>: The parties propose extending the dispositive motion deadline from **November 14, 2014**, to **January 14, 2015**, which is within thirty (30) days after the parties' proposed extended discovery cut-off date.

d. <u>Pretrial Order</u>: The parties propose extending the deadline to file the joint pretrial order from **December 12, 2014**, to **February 13, 2015**, which is within thirty (30) days after the proposed deadline for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision on such motion(s) or further order of the Court. The disclosures required by Federal Rule of Civil Procedure 26(a)(3), and any objections thereto, shall be made in the joint pretrial order.

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: _October 8, 2014_____