UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Armed Forces Bank, N.A.,

       Plaintiff,

v.

DFA, LLC et al,

       Defendants

Case No.: 2:13-cv-1996-JAD-CWH

**Order Striking Summary Judgment Filings [31 – 37] and Granting Leave to Refile Properly Formatted Motion**

      On December 16, 2014, plaintiff filed four separate motions for summary judgment [#31, 32, 33, 35] based on a single, separately filed statement of facts [#36]. Collectively, these five submissions total 57 pages. Plaintiff has also separately filed declarations in support of these motions. [#34, 37].

      Local Rule 7-4 limits summary-judgment motions to 30 pages. And Local Rule 56-1 clarifies that the statement of facts supporting the motion must be "include[d]" in the motion itself, not filed separately. Exhibits should not be filed as separate declarations but rather attached to the motion itself in compliance with Local Rule 10-3. By filing with seven separate documents what should have been a single motion for summary judgment with an included statement of facts and attached exhibits, plaintiff has essentially evaded the 30-page-limit rule.

      Accordingly, with good cause appearing, IT IS HEREBY ORDERED that:

- The Clerk of Court shall **STRIKE from the record documents 31 through 37**; and
- **Plaintiff has until December 24, 2014, to file a single motion for summary judgment that complies with the local rules and includes within its**

1

**memorandum of points and authorities a properly supported statement of facts and all summary judgment arguments, and which attaches any exhibits** (including declarations) to support the motion. Plaintiff is reminded to review *Orr v. Bank of America*, 285 F.3d 764 (9th Cir. 2002), to ensure that all evidentiary submissions are properly authenticated because the court may consider only properly authenticated evidence on summary judgment.

DATED: December 17, 2014.

_____
Jennifer A. Dorsey
United States District Judge

2