**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Armed Forces Bank, N.A.,

    Plaintiff,

vs.

DFA, LLC, a Nevada limited liability company, et al.,

    Defendants.

No: 13-cv-1996-JAD-CWH

**Order Re: Stipulations**

On February 26, 2015, the parties filed two stipulations: Doc. 58 seeking a first extension of time to file a reply in support of the defendants' motion for summary judgment [45]; and Doc. 59 seeking a second extension of time to file a response to the plaintiff's motion for summary judgment [54]. The court misread the stipulations to relate to the same motion and mistakenly assumed that the second request [59] replaced the first request [58] and thus denied stipulation #58 as moot while granting #59. *See* Doc. 60.

The court recognizes the error, vacates the order erroneously entered at Doc. 60, and **grants both stipulations (Docs. 58, 59)**.

DATED: February 27, 2015

                                                                    _____

                                                                    Jennifer A. Dorsey
                                                                    United States District Judge