**BOGATZ LAW GROUP**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
KEITH D. WILLIAMS, ESQ.
Nevada Bar No. 10796
3883 Howard Hughes Parkway, Suite 790
Las Vegas, Nevada 89169
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@isbnv.com
kwilliams@isbnv.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ARMED FORCES BANK, N.A., | Case No.: 2:13-cv-01996-JAD-CWH |
| Plaintiff, | |
| vs. | **STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION** |
| DFA, LLC, a Nevada limited liability company; and DON F. AHERN, individually and as Trustee of THE DFA SEPARATE PROPERTY TRUST DATED JULY 7, 1997, | **(SECOND Request)** |
| Defendants. | |

Pursuant to Rule 6-1 and 6-2 of the Local Rules for the federal courts for the District of Nevada Armed Forces Bank, N.A. ("Armed Forces") on the one hand; and DFA, LLC, a Nevada limited liability company ("DFA") and Don F. Ahern, individually and as Trustee of The DFA Separate Property Trust Dated July 7, 1997 ("Ahern" and, collectively with DFA, "DFA Parties"), on the other hand, by and through their respective undersigned counsel, hereby provide notice that they have stipulated to a second extension for Plaintiff to file its reply in support of Plaintiff's Motion for Protective Order (Response filed on 1/30/2015, doc. #53, Motion for Protective Order filed on 1/16/2015, doc # 47).

The parties had previously agreed to extend the deadline from February 17, 2015, to February 27, 2015, to continue attempting to resolve the motion. The parties have made progress during the extension period, but require additional time. Accordingly, they have agreed to extend the deadline one additional week, to March 6, 2015. The extension is reasonable, as the

prospects for reaching a resolution are high, and the extension will avoid unnecessary expense. Accordingly, the parties request that the Court "So Order" the enclosed Order memorializing the Stipulation.

| | |
|---|---|
| **BRYAN CAVE LLP** | **BOGATZ LAW GROUP** |
| /s/ Kyle S. Hirsch<br>Kyle S. Hirsch, Esq., AZ Bar No. 024155<br>(Admitted Pro Hac Vice)<br>Two North Central Avenue, Suite 2200<br>Phoenix, Arizona  85004-4406<br>Telephone:   (602) 364-7000<br>Facsimile:    (602) 364-7070<br>Email:   kyle.hirsch@bryancave.com<br><br>Michael F. Lynch, Esq.<br>Nevada Bar No. 8555<br>LYNCH LAW PRACTICE, PLLC<br>8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada  89123<br>Telephone:    (702) 413-8282 (direct)<br>Facsimile:     (702) 543-3279<br>michael@lynchlawpractice.com<br><br>Attorneys for Armed Forces Bank, N.A. | /s/ Keith D. Williams<br>I. SCOTT BOGATZ, ESQ.<br>Nevada Bar No. 3367<br>KEITH D. WILLIAMS, ESQ.<br>Nevada Bar No. 10796<br>3883 Howard Hughes Parkway, Suite 790<br>Las Vegas, Nevada 89169<br>Telephone: (702) 776-7000<br>Facsimile: (702) 776-7900<br>sbogatz@isbnv.com<br>kwilliams@isbnv.com<br><br>Attorneys for Don F. Ahern, individually and as Trustee of The DFA Separate Property Trust Dated July 7, 1997 |

## **ORDER**

IT IS SO ORDERED:

_____
CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

DATED: March 2, 2015