# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Armed Forces Bank, N.A.,

    Plaintiff

v.

DFA, LLC, et al.,

    Defendants

Case No.: 2:13-cv-1996-JAD-CWH

**Order Re: Docs. 45, 54**

For the reasons stated on the record during the May 18, 2015, hearing, and with good cause appearing and no reason to delay,

It is HEREBY ORDERED that defendants' Motion for Summary Judgment **[Doc. 45] is DENIED**.

It is FURTHER ORDERED, ADJUDGED, AND DECLARED that plaintiff's Motion for Summary Judgment **[Doc. 54] is GRANTED** in part and **DENIED** in part:

    1. It is **GRANTED** as to liability and damages against DFA, LLC for breach of the June 29, 2007, Loan Agreement ("Nevada Loan"); the August 1, 2007, Loan Agreement ("California Loan"); and the February 4, 2008, Loan Agreement ("Arizona Loan"). **Judgment is entered** in favor of Armed Forces and against DFA in the following amounts: $498,281.21 on the Nevada Loan; $200,264.74 on the California Loan; and $1,601,383.99 on the Arizona Loan.

    2. It is further **GRANTED** as to liability and damages against Don F. Ahern, individually and as Trustee of the DFA Separate Property Trust Dated July 7, 1997 ("Guarantor") with respect to his breach of the guaranty for the Arizona Loan. Judgment is entered in favor of Armed Forces and against Guarantor in the amount of $1,601,383.99 on the Arizona Loan. Guarantor and DFA are jointly and severally liable for satisfaction of this amount.

    3. It is further **GRANTED** as to liability of the Guarantor for breach of the guaranties for the Nevada and California Loans.

    4. It is **DENIED** in all other respects.

5. The Clerk of Court shall enter judgment accordingly.

It is FURTHER ORDERED that the parties shall participate in good faith in a settlement conference before a Magistrate Judge.

If no settlement of the outstanding issues is reached, it is FURTHER ORDERED that the court will conduct a **bench trial on September 28, 2015**, on the issue of the fair market value of the California and Nevada properties, for the sole purpose of establishing the amount of the judgment to be entered against the Guarantor for breach of the guaranties related to the California and Nevada loans. *See* NRS 40.459(1)(a)-(b) (requiring the court to "award a money judgment against the . . . guarantor" equal to the indebtedness minus the greater of the sale amount or fair market value at the foreclosure sale). The parties shall submit trial briefs by September 13, 2015, not to exceed 15 pages each, and containing a statement of the party's position, a witness list, and an exhibit list. The parties are encouraged to stipulated to the admissibility of as many exhibits as possible to save time and expense.

DATED: May 19, 2015.

_____
Jennifer A. Dorsey
United States District Judge