**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Armed Forces Bank, N.A., | Case No.: 2:13-cv-1996-JAD-CWH |
| Plaintiff | |
| v. | **Order Granting Motion for Entry of Stipulated Order** |
| DFA, LLC, et al., | |
| Defendants | [##83, 84, 86, 88, 92, 93, 103] |

The parties have advised that they have reached a settlement of this matter and ask the court to enter an order in the form provided at Document 103-1. With good cause appearing and no reason for delay,

IT IS HEREBY ORDERED that the Motion for Entry of Stipulated Order **[Doc. 103] is GRANTED**;

IT IS FURTHER ORDERED that

- All pending motions **[Docs. 83, 84, 86, 88, 92, 93] are DENIED** as moot;
- **All scheduled hearings and trials are VACATED;**
- **All judgments** previously entered in this matter **are VACATED and SET ASIDE**;
- **All remaining claims are DISMISSED**;
- This court will retain jurisdiction over this matter for the limited purpose of addressing any issue arising under the Settlement Agreement including, without limitation, entry of any stipulated judgment. The parties must file a notice of the defendants' satisfaction in full of the payment obligations required by the Settlement Agreement, at which time this court's express retention of jurisdiction shall terminate; and
- The Clerk of Court is instructed to close this case.

DATED: August 7, 2015.

_____
Jennifer A. Dorsey
United States District Judge